UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYLE DERIN BARROW,<br><br>              Petitioner,<br><br>   v.<br><br>JOHN ALDANA,<br><br>             Respondent. | CASE NO. C14-5486 RBL-KLS<br><br>ORDER |

The Court, having reviewed the report and recommendation, the petition for writ of federal *habeas corpus* relief and the remaining record, hereby finds and ORDERS:

(1) the Magistrate Judge's report and recommendation is approved and adopted;

(2) petitioner's federal habeas corpus petition is DISMISSED without prejudice; and

(3) the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Karen L. Strombom and to any other party that has appeared in this action.

Dated this 9th day of January, 2015.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER- 1